**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RONALD TANGLE,                    )
                                  )
                 Plaintiff,       )
        v.                        )        Civil Action No. 08-112 Erie
                                  )
STATE FARM INSURANCE              )
COMPANIES,                        )
                                  )
                 Defendant.       )

## MEMORANDUM JUDGMENT ORDER

Plaintiff's complaint was received by the Clerk of Court on April 22, 2008 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on August 4, 2010 [48], recommends that the Defendant's Motion for Summary Judgment [32] be granted. The parties were allowed ten (10) days from the date of service in which to file objections. Plaintiff's objections [49] were filed on August 18, 2010. The Defendant's Response [50] to Plaintiff's Objections was filed on August 27, 2010. After de novo review of the complaint and documents in the case, together with the report and recommendation, Plaintiff's objections and the Defendant's response thereto, the following order is entered:

AND NOW, this 30th day of August, 2010;

IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment [32] be, and hereby is, GRANTED. JUDGMENT is hereby entered in favor Defendant, State Farm Insurance Companies, and against Plaintiff, Ronald Tangle.

The report and recommendation of Magistrate Judge Baxter, dated August 4, 2010 [48], is adopted as the opinion of this Court.

                              s/ SEAN J. McLAUGHLIN
                              Sean J. McLaughlin
                              United States District Judge

cc:    all parties of record
       U.S. Magistrate Judge Baxter